June 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

NHH-CANAL STREET APARTMENTS, INC., A TEXAS NON-PROFIT CORPORATION, Appellant

NO. 14-14-00251-CV                    V.

HARRIS COUNTY APPRAISAL DISTRICT AND HARRIS COUNTY APPRAISAL DISTRICT APPRAISAL REVIEW BOARD, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Harris County Appraisal District and Harris County Appraisal District Appraisal Review Board, signed December 23, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellant, NHH-Canal Street Apartments, Inc., a Texas Non-Profit Corporation, is entitled to an ad valorem tax exemption.

We further order that all costs incurred by reason of this appeal be paid by appellee, Harris County Appraisal District and Harris County Appraisal District Appraisal Review Board.

We further order this decision certified below for observance.